**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IRAN LAMONT JOHNSON,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>JIM ROBERTSON,<br><br>　　　　　Respondent. | Case No. CV 22-6215-DMG (AJR)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections to the Report and Recommendation has passed and no objection has been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　IT IS ORDERED that the Petition is DENIED as untimely.

　　　IT IS FURTHER ORDERED that this action be dismissed WITH PREJUDICE.

　　　LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 22, 2024

　　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE