1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11   IRAN LAMONT JOHNSON,                    Case No. CV 22-06215-DMG (AJR)

12                  Petitioner,

13          v.                                          **JUDGMENT**

14   JIM ROBERTSON,

15                  Respondent.

16

17          Pursuant to the Court's Order Accepting Findings, Conclusions and

18   Recommendations of United States Magistrate Judge,

19          IT IS HEREBY ADJUDGED that the above-captioned action is DISMISSED

20   WITH PREJUDICE.

21

22   DATED:  April 22, 2024

23                                                  _____
                                                    DOLLY M. GEE
24                                                  CHIEF UNITED STATES DISTRICT JUDGE

25

26

27

28